# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MELLEMA, ) | 3:08-CV-278-BES (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 14, 2009 |
| ) | |
| WASHOE COUNTY, NEVADA, ) | |
| ) | |
| Defendant. ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Discovery and Scheduling (Doc. #24) and Defendant has responded with a Non-Opposition to Motion for Discovery and Scheduling (Doc. #25).

Plaintiff's Motion for Discovery and Scheduling (Doc. #24) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>    /s/                              </u>
Deputy Clerk